**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| TY KEVIN BAUER | CASE NO.: 20-12972 |

**ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL[DKT #42]**

THIS CAUSE came before this Court on the Application to Employ Special Counsel [Dkt. #42] after notice and opportunity for hearing, and the Court being fully advised in the premises does hereby find that no responses or objections have been filed. The Debtor requests entry of an order approving the application.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. Debtor, Ty Kevin Bauer's, Application to Employ Special Counsel shall be and is hereby is approved.

2. The employment of Douglas A. Kreis and Aylstock, Witkin, Kreis & Overholtz PLLC ("Special Counsel") shall be and is hereby approved.

3. No settlement of the litigation may be concluded and approved by said attorney without prior approval of this Court upon proper application accompanied by notice and opportunity for hearing.

4. The compensation for Douglas A. Kreis and Aylstock, Witkin, Kreis &

Overholtz PLLC shall be fixed by further order of this Court following proper application for same.  No compensation or fees are to be paid until proper application to the Court at the appropriate time.

##END OF ORDER##

Submitted by:

 /s/Robert H. Lomenick
ROBERT H. LOMENICK, MSB 104186
SCHNELLER & LOMENICK, P.A.
P.O. BOX 417, Holly Springs, MS  38635
Phone: (662) 252-3224/Fax: (662) 252-2858
robert@northmsbankruptcy.com
Attorney for Debtor