CM/ECF hrg4tel
(09/14/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Ty Kevin Bauer )  Case No.: 20–12972–JDW
     Debtor(s) ) Chapter: 13
) Judge: Jason D. Woodard
)
)

PLEASE TAKE NOTICE that a **TELEPHONIC** evidentiary hearing will be held

on 10/11/22 at 01:30 PM

to consider and act upon the following:

*55* – Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 9/2/2022. (Barkley, Locke)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877–336–1829, and when prompted, enter access code 5667710#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662–369–2596.

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/25/22

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                        BY: MDH
                                            Deputy Clerk